IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANET LEIGH SIMPSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:17-cv-01077 |
| | ) Judge Trauger |
| ROGER SCOTT BASKIN, ET AL., | ) |
| Defendants. | ) |

**O R D E R**

On February 26, 2018, the magistrate judge issued a Report and Recommendation (DE #18), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendants Roger Scott Baskin and Randall Baskin (Docket No. 6) is GRANTED, and this case is DISMISSED without prejudice to the plaintiff's filing an Amended Complaint.

The plaintiff's Motion for Leave to File an Amended Complaint (Docket No. 20) is GRANTED. The plaintiff shall file an amended complaint by March 26, 2018.

This case is returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

ENTER this 13th day of March 2018.

_____
ALETA A. TRAUGER
U.S. District Judge